**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,** )
)
**Plaintiff,** )
)
**v.** ) **No. 2:26-cr-20106-atc**
)
**WILLIE KEYS,** )
)
**Defendant.** )

---

**VERDICT FORM**

---

We, the Jury, unanimously find the following:

**Count One**

With respect to Count One of the Indictment (Threatening to assault a federal law enforcement officer with the intent to impede, intimidate, interfere with, and retaliate against the officer, while the officer was engaged in the performance of his official duties), we, the Jury, unanimously find the defendant, Willie Keys:

NOT GUILTY ✓ GUILTY ____________

Robert Lofton
FOREPERSON

5/11/26
DATE